IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LONNIE EARL PARLOR, JR. ,

    Petitioner,

v.

WARDEN E. EMMERICH,
FCI, Oxford,

    Respondent.

ORDER

Case No. 24-cv-580-jdp

Petitioner Lonnie Earl Parlor, Jr. seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than September 10, 2024. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately February 20, 2024 through the date of the petition, August 20, 2024.

ORDER

IT IS ORDERED that:

1. Petitioner Lonnie Earl Parlor, Jr. may have until September 10, 2024, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before September 10, 2024, I will assume that petitioner wishes to withdraw this petition.

Entered this 20th day of August, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge